July 13, 1979.

419 A.2d 187

Commonwealth v. Adams, Appellant.

Sub-

mitted March 19, 1979. John J. Gallagher, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.